UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ashley Conley**                                          **Docket No. 5:22-CR-321-2M**

### Petition for Action on Supervised Release

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ashley Conley, who, upon a finding of guilt by jury to Possession With Intent to Distribute 40 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B), and 18 U.S.C. § 2, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on March 15, 2024, to the custody of the Bureau of Prisons for a term of 37 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ashley Conley was released from custody on March 15, 2024, at which time the term of supervised release commenced.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant began her term of home incarceration on March 18, 2024. The defendant has been in full compliance with Healing Transitions and graduated from the education portion of their program. Her progress in the program was greatly admired by the staff at Healing Transitions and the defendant was recently hired by them for a position as planning room team lead. She will be transitioning to a sober living facility and the restrictions of home incarceration may impede her progress in the program. She has been in full compliance with home incarceration to date. This probation officer respectfully requests the home incarceration condition be removed due to the defendant's compliance. The U.S. Attorney's Office has no objections to this request.

**PRAYING THAT THE COURT WILL ORDER** that the following condition of release be removed:

1. The defendant shall abide by all conditions and terms of the home incarceration program for a period not to exceed 18 consecutive months. The first portion to be served at Healing Transitions. Remainder to be served at facility or home she is then moved to. The defendant shall be restricted to her residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer. The defendant shall submit to location monitoring as directed by the probation officer and abide by all program requirements, instructions, and procedures provided by the supervising probation officer. The defendant shall pay for location monitoring services as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-849-4536
Executed On: December 11, 2024

## ORDER OF THE COURT

Considered and ordered this __13th__ day of __December__ , 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II

Richard E. Myers II
Chief United States District Judge